**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES**                                                                                                     **PLAINTIFF**

**V.**                               **CASE NO. 5:16-CR-50046**

**JAMES STEWART**                                                                                 **DEFENDANT**

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

On August 20, 2024, the Court held a status hearing on the revocation of Defendant. The Court was informed by the U.S. Probation Officer that Defendant had not incurred any further violations in the more-than six months since his previous hearing. The Court decided to continue to take the violations under advisement and set another status hearing to be held on August 7, 2025. Additionally, the Court agreed to reconsider its total ban on televisions in Defendant's home. Adapting the language suggested by the defense, the Court makes the following modification:

- **Special Condition # 5**: Defendant's household may have two televisions: one placed in the family room and one placed in the kitchen. The two televisions may be equipped to receive major network programing (e.g., ABC, CBS, NBC, FOX, etc.) from local network stations. Additionally, the televisions may have access to two streaming content providers (e.g., Netflix, Amazon Prime, Max, Paramount+, etc). Requests for additional or more specific streaming content must be approved in advance by probation. Access to YouTube programming is prohibited. The television and the streaming content providers must be password protected. Defendant shall not know or have access to these passwords. Defendant may watch authorized programming content on the two authorized televisions, provided that another family member is at home and in the same room as Defendant while watching television programming.

**IT IS SO ORDERED** on this 23rd day of August, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE